UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Louis Mlnarik, bar no. 257882

Case No.: CV 19 80 150 MISC

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: John Louis Mlnarik, bar no. 257882

The State Bar of California has notified the United States District Court for the Northern District of California that, effective May 10, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before July 17, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after July 17, 2019 absent further order of this Court.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF JOHN LOUIS MLNARIK – BAR #257882

Respondent.

Case No: 3:19-mc-80150-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 6/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

John Louis Mlnarik #257882
The Mlnarik Law Group, Inc.
2930 Bowers Ave
Santa Clara, CA 95051-0919

Dated: 6/7/2019

Susan Y. Soong
Clerk, United States District Court

By:_____
William Noble, Director of Case Administration

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  19-MC-8O15O-JD |

Sent To: JOHN LOUIS MLARNIK
Street, Apt. No.; or PO Box No.: 2930 BOWERS AVE
City, State, ZIP+4: SANTA CLARA CA 95051-0919

PS Form 3800, August 2006 — See Reverse for Instructions

Article Number: 7009 0820 0001 7221 0807

CERTIFIED MAIL

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    JOHN LOUIS MLNARIK
    2930 BOWERS AVE
    SANTA CLARA CA
    95051-0919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X
    ☐ Agent
    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
    ☒ Certified Mail   ☐ Express Mail
    ☐ Registered      ☐ Return Receipt for Merchandise
    ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 0820 0001 7221 0807

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540